IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY PEARLMAN AND
ELIZABETH BORGIA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioners,

CASE NO. 1D16-4872

v.

MICHAEL BORGIA,

Respondent.

_____/

Opinion filed December 9, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Gary Pearlman and Elizabeth Borgia, pro se, Petitioners.

No appearance for Respondent.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROBERTS, C.J., ROWE and WINSOR, JJ., CONCUR.